UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ALBERT PULIDO,

    Petitioner,

v.                                            Civ. No. 15-838 JCH/GJF

JAMES MULHERON,

    Respondent.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED
FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER comes before the Court on review of the record. On September 21, 2015, Petitioner filed a Petition for the Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254. ECF No. 1.

The Magistrate Judge filed a Proposed Findings and Recommended Disposition (PFRD) on June 3, 2016, recommending that the Petition be dismissed with prejudice because Petitioner's claims are time barred. ECF No. 12. Petitioner has filed no objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (ECF No. 12) is ADOPTED and the Petition is hereby DISMISSED WITH PREJUDICE.

_____
THE HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE